IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE AMERICAN RENAL | ) | NO. 3:25-cv-00248 |
| MANAGEMENT LLC DATA BREACH | ) | |
| LITIGATION | ) | JUDGE RICHARDSON |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER

On May 29, 2026, Plaintiffs Pamela Futrell-Parham, Steevenson Jolicoeur, Jhovanna Salazar, Jane Doe, and John Doe, individually and on behalf of all others similarly situated, along with Defendant American Renal Management LLC (collectively, the "parties") filed a "Joint Notice Regarding Settlement Status." (Doc. No. 34, "Notice"). Via the Notice, the parties informed the Court that the "Parties are continuing to diligently work to finalize their agreement in principle, the materials terms of which were agreed to during mediation, into a formal Settlement Agreement for execution by all Parties." (*Id.* at 1). Also via the Notice, the parties request that the Stay "be extended by thirty (30) days, up to and including Monday, June 29, 2026, by which time Plaintiffs will file their motion for preliminary approval." (*Id.*).

The relief requested in the Notice, being well-taken, is **GRANTED**. All deadlines and proceedings in this matter are **STAYED** until June 29, 2026. No later than June 29, 2026, the parties **SHALL** file either a motion for preliminary approval of the settlement or a notice of why they have not done so.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE